# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

RAED A. KATTOM                                                                PETITIONER

V.                         No. 4:22-CV-01085-LPR-JTR

WARDEN WALKER,
Miller County Detention Center                                               RESPONDENT

## RECOMMENDED DISPOSITION

The following Recommended Disposition has been sent to United States District Judge Lee P. Rudofsky. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not file objections, Judge Rudofsky may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

### I. Introduction

Petitioner Raed Kattom ("Kattom") filed a *pro se* 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus while in custody at the Miller County Detention Center. *Doc. 2*. Kattom's Petition failed to provide sufficient information for the Court to determine the specific constitutional claims he is making, the conviction he is

challenging, or if his federal habeas action should be allowed to proceed.[1] *Docs. 2, 3.*

On December 8, 2022, the Court gave Kattom thirty (30) days to file an Amended Petition specifying any basis for relief he may have. *Doc. 4*. The Court advised Kattom that if he failed "to timely and properly comply with this Order," his habeas action would "be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2)." *Id.*

As of the date of this Recommended Disposition, Kattom has failed to file an Amended Petition as ordered. Accordingly, dismissal without prejudice is appropriate under Local Rule 5.5(c)(2). It also appears the Petition is moot.

Mail addressed to Kattom at the Miller County Detention Center was returned undeliverable and marked "at Bi-State Bldg." *Doc. 4*. The Bi-State Justice Center is on the Texas (Bowie County) side of Texarkana, while the Miller County Detention Center is on Arkansas side of Texarkana. Online records from the Bowie County Sheriff's Office, who runs the Bi-State Justice Center, show Kattom's custody status as "Out of Custody."[2] Online records from Faulkner County, where the alleged

---

[1] Although unclear, it appears Kattom is challenging his detention in the Miller County Detention Center based on a detainer from the "District Court of Faulkner County Arkansas." *Doc. 2, at 2, 9.*

[2] https://vinelink.vineapps.com/search/TX/Person.

detainer originated, do not show an entry for Kattom.³ It appears Kattom's challenge to his custody is moot.

Thus, the Court recommends that this case be dismissed, without prejudice, due to Kattom's failure to comply with Local Rule 5.5(c)(2) and because the Petition is moot.

## II. Conclusion

IT IS THEREFORE RECOMMENDED THAT the Petition for a Writ of Habeas Corpus be DISMISSED, WITHOUT PREJUDICE. IT IS FURTHER RECOMMENDED THAT a Certificate of Appealability be DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases.

DATED this 14th day of March, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

---

³https://www.fcso.ar.gov/roster.