IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RAED A. KATTOM**                                                                                           **PLAINTIFF**

v.                                    Case No: 4:22-cv-01085-LPR

**WALKER,**
*Warden, Miller County Detention Center*                                              **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge J. Thomas Ray.[1] No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD and careful consideration of the entire case record, the Court hereby approves and adopts the RD's ultimate recommendation that the Petition for Writ of Habeas Corpus be dismissed without prejudice.[2] As Judge Ray explained in a prior Order, the Petition "fails to provide sufficient information for this Court to determine the specific constitutional claims [Petitioner] is making [or] the conviction he is challenging, if any . . . ."[3] Petitioner was invited to, but did not, file an Amended Petition correcting these deficiencies. In short, the Petition is legally insufficient and should be dismissed.[4]

Accordingly, the Petition for Writ of Habeas Corpus (Doc. 2) is DISMISSED without prejudice. A certificate of appealability will not issue.

---

[1] Doc. 5.

[2] Although the RD recommends dismissal based on mootness and failure to prosecute, the Court concludes that the best course of action here is to dismiss the Petition for legal insufficiency. It is probably right that the Petition is moot, which would deprive the Court of Article III jurisdiction. But the mootness analysis is based on facts not tested through the adversarial process and not completely clear at this point.

[3] Order (Doc. 3) at 1.

[4] *See McFarland v. Scott*, 512 U.S. 849, 856 (1994) ("Federal courts are authorized to dismiss summarily any habeas petition that appears legally insufficient on its face . . . .") (citing 28 U.S.C. § 2254 Rule 4).

IT IS SO ORDERED this 31st day of January 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE