# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RAED A. KATTOM**                                                             **PLAINTIFF**

**v.**                 **Case No: 4:22-cv-01085-LPR**

**WALKER,**
*Warden, Miller County Detention Center*                         **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus is hereby DISMISSED without prejudice. A certificate of appealability will not issue.

IT IS SO ADJUDGED this 31st day of January 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE